No. 01–8956. MOODY *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–8957. MOODY *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–8959. BARCENAS-ANGELINA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8962. JACKSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–8964. JIMENEZ *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–8968. MARCELLO ET UX. *v.* MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 01–8969. WALKER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 01–8970. DUBOSE *v.* KELLY ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–8971. WEBB *v.* KILGORE, SHERIFF, LAFAYETTE COUNTY, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–8982. HAYNES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8988. GUMPERT *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 01–8995. GILCHRIST *v.* SMITH, SUPERINTENDENT, OGDENSBURG CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–9005. WOOD *v.* HAGEN. C. A. 2d Cir. Certiorari denied.

No. 01–9009. STANSBURY *v.* MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.